951 A.2d 259

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Christopher WILLIAMS, Petitioner.**

**No. 205 EM 2007.**

Supreme Court of Pennsylvania.

June 23, 2008.

### *ORDER*

Motion for One-day Nunc Pro Tunc Extension
of Time to File Petition for Reargument

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Motion for a One-day, Nunc Pro Tunc Extension of Time to File Petition for Reargument is **GRANTED.**

Justice TODD did not participate in the consideration or decision of this matter.